IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GATHAN M. EPHRIM,

    Plaintiff,

v.                                                           No. CV 18-63 CG

NANCY A. BERRYHILL,
Acting Commissioner for the
Social Security Administration,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Memorandum Opinion and Order*, (Doc. 22), which granted Plaintiff's *Motion to Reverse and Remand with Supporting Memorandum*, (Doc. 17), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE